IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3104 |
| vs. | |
| MANUEL RIOS-RAMIREZ, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation on plea of guilty (filing 43) recommending that the Court accept the defendant's plea of guilty, as well as the Magistrate Judge's findings and recommendation (filing 35) recommending that the Court deny the defendant's motion to suppress (filing 23).

There are no objections to the findings and recommendation on plea of guilty. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge. In light of the Court's acceptance of the defendant's plea, the Court will deny his motion to suppress as moot, and terminate the Magistrate Judge's findings and recommendation on that motion.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation on plea of guilty (filing 43) are adopted.
2. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.
3. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence.
4. The defendant's motion to suppress (filing 23) is denied as moot.
5. The Magistrate Judge's findings and recommendation (filing 35) on the defendant's motion to suppress are terminated.

6. This case shall proceed to sentencing.

Dated this 11th day of March, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge